# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:01CR59

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| BRIAN CHRISTOPHER JOHNSON ) | |

**THIS MATTER** is before the Court on the Government's amended motion to reduce Defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

For the reasons stated therein,

**IT IS, THEREFORE, ORDERED** that the Government's amended motion is **ALLOWED**, and the Defendant's sentence is hereby reduced from a term of 151 months imprisonment as to Counts One, Three and Five, to a term of 100 months imprisonment, and from a term of 120 months imprisonment as to Counts Two, Four and Six, to a term of 100 months imprisonment, such terms to run concurrently with each other, and with all other terms and conditions of the Judgment of Conviction to remain

in full force and effect. The Clerk of Court shall prepare an amended Judgment in accordance with the terms herein.

The Clerk is directed to transmit this Order electronically to the United States Attorney, defense counsel, the United States Marshal, the United States Probation Office, and to the Warden of the federal correctional facility where the Defendant is currently imprisoned; a copy of the Order shall be mailed to the Defendant.

Signed: May 12, 2009

Lacy H. Thornburg
United States District Judge