# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | Case Number: DNCW301CR000059-001 |
| | USM Number: 10738-058 |
| BRIAN CHRISTOPHER JOHNSON | |
| (Name of Defendant) | |

**Date of Original Judgment:  November 26, 2001**          Scott Gsell, Lyle Yurko

**(Or Date of Last Amended Judgment)**                   Defendant's Attorney

**Reason for Amendment:**

__ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))          __ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

 X  Reduction of Sentence for Changed Circumstances (Fed. R. P. 35(b))          __ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

__ Correction of Sentence by Sentencing Court (Fed. R. Crim. P.          __ Modification of Imposed Term of Imprisonment for Retroactive to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

__ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P.)          __ Direct Motion to District Court          __ 28 U.S.C. § 2255 or

                                                     __ 18 U.S.C. § 3559(c)(7)

                                                     __ Modification of Restitution Order 18 U.S.C. § 3664

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

THE DEFENDANT:

 X       pleaded guilty to count(s) 1-6.
__      Pleaded nolo contendere to count(s) which was accepted by the court.
__      Was found guilty on count(s) after a plea of not guilty.

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18:2113(a) | Bank robbery | 3/21/01 | 1, 3, 5 |
| 18:2113(b) | Bank larceny | 3/21/01 | 2, 4, 6 |

        The Defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984 reference to Booker, and 128 U.S.C. 3553(a).

__      The Defendant has been found not guilty on count(s) .
__      Count(s) (is)(are) dismissed on the motion of the United States.

        **IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                              Date of Imposition of Sentence: 10/24/2001

                    Signed: May 21, 2009


                    Lacy H. Thornburg
                    United States District Judge

Defendant: BRIAN CHRISTOPHER JOHNSON                     Judgment-Page 2 of 2
Case Number: DNCW301CR000059-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Counts 1, 3 & 5: ONE HUNDRED (100) MONTHS each count.  Counts 2, 4 & 6: ONE HUNDRED (100) MONTHS each count, all such terms to run concurrently with each other,  ALL OTHER TERMS AND CONDITIONS OF THE JUDGMENT AND CONVICTION TO REMAIN IN FULL FORCE .

 X   The Court makes the following recommendations to the Bureau of Prisons:
         Participation in Substance Abuse Treatment Program as described in 18:3621(e)(2).
         Participation in Inmate Financial Responsibility Program to support dependents.
         Designation as close as possible to defendant's home with particular interest in Butner, NC

 X   The defendant is remanded to the custody of the United States Marshal.

 __  The defendant shall surrender to the United States Marshal for this district:

        __   at _____ on ____.
        __   as notified by the United States Marshal.

 __  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        __   before 2 pm on .
        __   as notified by the United States Marshal.
        __   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

        Defendant delivered on _____ to _____

 at _____ , with a certified copy of this Judgment.


                                        _____
                                        United States Marshal


                                By:     _____
                                        Deputy Marshal