AO 245C (WDNC Rev. 4/04) Judgment in a Criminal Case
sheet 1

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

v.

BRIAN CHRISTOPHER JOHNSON
(Name of Defendant)

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: DNCW301CR000059-001
USM Number: 10738-058

Date of Original Judgment: **November 26, 2001**

**(Or Date of Last Amended Judgment)**

**Reason for Amendment:**

Scott Gsell, Lyle Yurko

Defendant's Attorney

- [ ] Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
- [X] Reduction of Sentence for Changed Circumstances (Fed. R. P. 35(b))
- [ ] Correction of Sentence by Sentencing Court (Fed. R. Crim. P.
- [ ] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P.)

- [ ] Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- [ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- [ ] Modification of Imposed Term of Imprisonment for Retroactive to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- [ ] Direct Motion to District Court   [ ] 28 U.S.C. § 2255 or
- [ ] 18 U.S.C. § 3559(c)(7)
- [ ] Modification of Restitution Order 18 U.S.C. § 3664

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

THE DEFENDANT:

- [X] pleaded guilty to count(s) 1-6.
- [ ] Pleaded nolo contendere to count(s) which was accepted by the court.
- [ ] Was found guilty on count(s) after a plea of not guilty.

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18:2113(a) | Bank robbery | 3/21/01 | 1, 3, 5 |
| 18:2113(b) | Bank larceny | 3/21/01 | 2, 4, 6 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 reference to Booker, and 128 U.S.C. 3553(a).

- [ ] The Defendant has been found not guilty on count(s) .
- [ ] Count(s) (is)(are) dismissed on the motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 10/24/2001

Signed: May 21, 2009

Lacy H. Thornburg
United States District Judge

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Counts 1, 3 & 5: ONE HUNDRED (100) MONTHS each count. Counts 2, 4 & 6: ONE HUNDRED (100) MONTHS each count, all such terms to run concurrently with each other, ALL OTHER TERMS AND CONDITIONS OF THE JUDGMENT AND CONVICTION TO REMAIN IN FULL FORCE .

X   The Court makes the following recommendations to the Bureau of Prisons:
       Participation in Substance Abuse Treatment Program as described in 18:3621(e)(2).
       Participation in Inmate Financial Responsibility Program to support dependents.
       Designation as close as possible to defendant's home with particular interest in Butner, NC

X   The defendant is remanded to the custody of the United States Marshal.

___  The defendant shall surrender to the United States Marshal for this district:

    ___ at ____ on ___ .
    ___ as notified by the United States Marshal.

___  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 pm on .
    ___ as notified by the United States Marshal.
    ___ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this Judgment.

United States Marshal

By: _____
Deputy Marshal