IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW3:01CR59-01-T |
| | ) | (Financial Litigation Unit) |
| BRIAN CHRISTOPHER JOHNSON, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| BOSTON GEAR, LLC, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed September 2, 2011, (Docket No. 44), in this case against Defendant, Brian Christopher Johnson, is **DISMISSED**.

Signed: September 12, 2011

David C. Keesler
United States Magistrate Judge